```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19CV798 (DLC)
NUCURRENT INC.,                          :
                                         :         ORDER
                Plaintiff,               :
                                         :
        -v-                              :
                                         :
SAMSUNG ELECTRONICS CO., LTD, and        :
SAMSUNG ELECTRONICS AMERICA, INC.,       :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An endorsement of July 22, 2019 having granted the parties' joint motion for a stay of this case until the Patent Trial and Appeal Board issues a Final Written Decision (or otherwise denies institution) on Samsung's petitions for <u>Inter Partes Review</u>, it is hereby

ORDERED that the parties shall submit a status letter by **December 6, 2019.**

SO ORDERED:

Dated:   New York, New York
         November 26, 2019

                                    _____
                                           DENISE COTE
                                    United States District Judge