UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                    :     19CV798 (DLC)
NUCURRENT INC.,                     :
                                    :        ORDER
                    Plaintiff,      :
                                    :
      -v-                           :
                                    :
SAMSUNG ELECTRONICS CO., LTD, and   :
SAMSUNG ELECTRONICS AMERICA, INC.,  :
                                    :
                    Defendants.     :
                                    :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2019

DENISE COTE, District Judge:

      Having reviewed the parties' joint status report submitted

on December 6, 2019, it is hereby

      ORDERED that the parties shall submit a further status

letter by **November 1, 2020.**


      SO ORDERED:

Dated:    New York, New York
          December 12, 2019

                                _____
                                     DENISE COTE
                              United States District Judge