```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NUCURRENT INC.,                         :
                                        :
                    Plaintiff,          :   19cv798 (DLC)
                                        :
              -v-                       :   ORDER
                                        :
SAMSUNG ELECTRONICS CO., LTD and        :
SAMSUNG ELECTRONICS AMERICA, INC.,      :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having reviewed the parties' joint status report submitted on November 2, 2020, it is hereby

ORDERED that the parties shall submit a further status letter by **April 2, 2021**.

SO ORDERED:

Dated:   New York, New York
         November 5, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge