UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
NUCURRENT INC.,                      :
                                     :        19cv798 (DLC)
                  Plaintiff,         :
                                     :           ORDER
        -v-                          :
                                     :
SAMSUNG ELECTRONICS CO., LTD and     :
SAMSUNG ELECTRONICS AMERICA, INC.,   :
                                     :
                  Defendants.        :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

        Having reviewed the parties' joint status report submitted

on March 2, 2021, it is hereby

        ORDERED that the parties' joint request to extend the stay

entered on July 22, 2019 is granted.  Pursuant to the parties'

request, the stay shall not apply to the limited third-party

discovery described in the parties' joint agreement regarding a

stay.

        IT IS FURTHER ORDERED that the parties shall submit a

further status letter by **September 2, 2021.**

        SO ORDERED:

Dated:    New York, New York
          March 3, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge