```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
NUCURRENT INC.,                          :
                                         :    19cv798 (DLC)
                    Plaintiff,           :
                                         :       ORDER
          -v-                            :
                                         :
SAMSUNG ELECTRONICS CO., LTD and         :
SAMSUNG ELECTRONICS AMERICA, INC.,       :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the parties' joint status report submitted on September 2, 2021, it is hereby

ORDERED that the stay of this action entered on July 22, 2019 shall remain in effect.

IT IS FURTHER ORDERED that parties shall submit a further status letter by **March 3, 2022.**

SO ORDERED:

Dated:   New York, New York
         September 3, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge